NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

PHOENIX SOLUTIONS, INC.,
*Plaintiff-Appellant,*

v.

WEST INTERACTIVE CORP.,
*Defendant-Appellee.*

2011-1022

Appeal from the United States District Court for the Central District of California in case no. 09-CV-8156, Senior Judge Mariana R. Pfaelzer.

## ON MOTION

## ORDER

Upon consideration of the motion to withdraw Aaron M. Nathan as counsel for West Interactive Corporation,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 5 2011
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc:  R. Joseph Trojan, Esq.
     Mark A. Lemley, Esq.
     Aaron M. Nathan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 2 5 2011

**JAN HORBALY**
**CLERK**